**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

UNITED STATES OF AMERICA                    CRIMINAL NO. 21-00100-01

VERSUS                                      JUDGE S. MAURICE HICKS, JR.

NATHAN P. MCCALL                            MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

On August 4, 2023, Defendant Nathan McCall ("McCall") filed a letter motion (Record Document 61) requesting the Court amend or correct his sentence. Specifically, he asks the Court to give him credit for the time he spent in the custody of the U.S. Marshals Service. See Record Document 61.

The Court has no authority to grant McCall the relief he requests. Pursuant to 18 U.S.C. § 3585(b), the Attorney General, through the Bureau of Prisons ("BOP"), is charged with calculating a defendant's credit for any time served in federal custody. If a defendant wishes to challenge this calculation, he must first exhaust his available administrative remedies through the BOP before litigating in federal court. See United States v. Wilson, 503 U.S. 329, 335, 112 S. Ct. 1351, 1354-55 (1992). After exhaustion of all administrative remedies, the defendant may then seek review in federal court by filing a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, in the district where he is incarcerated. See Pack v. Yusuff, 218 F.3d 448, 451 (5th Cor. 2000). In this case, McCall has made no showing that he has exhausted his administrative remedies through BOP.

Accordingly,

**IT IS ORDERED** that McCall's letter requesting amendment or correction of his

sentence (Record Document 61) be and is hereby **DENIED WITHOUT PREJUDICE** to

his right to re-file after he has exhausted his administrative remedies with the BOP.

      **THUS DONE AND SIGNED** in Shreveport, Louisiana, this 17th day of August,

2023.

 

                           S.MAURICE HICKS, JR., DISTRICT JUDGE
                              UNITED STATES DISTRICT COURT