UNTIED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 21-00100-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| NATHAN P. MCCALL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

On April 15, 2024, Defendant Nathan P. McCall ("McCall") filed a letter motion (Record Document 69) requesting to receive "all of [his] back time credit that [he has] not been given."

The Court has no authority to grant McCall the relief he requests. Pursuant to 18 U.S.C. § 3585(b), the Attorney General, through the Bureau of Prisons ("BOP"), is charged with calculating a defendant's credit for any time served in federal custody prior to sentencing. If a defendant wishes to challenge this calculation, he must, first, exhaust his available administrative remedies through the BOP before litigating in federal court. See United States v. Wilson, 503 U.S. 329, 335, 112 S.Ct. 1351, 1354–55 (1992). After exhaustion of all administrative remedies, the defendant may then seek review in federal court by filing a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, in the district where he is incarcerated. See Pack v. Yusuff, 218 F.3d 448, 451 (5th Cir. 2000). In this case, McCall has made no showing that he has exhausted his administrative remedies through the BOP.

Accordingly,

**IT IS ORDERED** that McCall's letter motion requesting credit for time served (Record Document 69) be and is **DENIED WITHOUT PREJUDICE** to his right to re-file after he has exhausted his administrative remedies with the BOP.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this the 3rd day of June, 2024.

S.MAURICE HICKS, JR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
